MARY KATE SULLIVAN (State Bar No. 180203)
mks@severson.com
ALISA A. GIVENTAL (State Bar No. 273551)
aag@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendants
WELLS FARGO BANK, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA — SAN FRANCISCO

| | |
|---|---|
| EARLENE OTERO,<br><br>    Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; WELLS FARGO BANK, NATIONAL ASSOCIATION AND DOES 1 THROUGH 100 INCLUSIVE,<br><br>    Defendant. | Case No. 3:17-CV-00508-EMC<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT WELLS FARGO BANK, N.A. TO RESPOND TO FIRST AMENDED COMPLAINT AND [PROPOSED] ORDER** |

Plaintiff EARLENE OTERO ("Plaintiff") and defendant WELLS FARGO BANK, N.A. ("Defendant"), hereby stipulate as follows:

**RECITALS**

1. Plaintiff filed this action against Defendant on January 31, 2017 and served Defendant on February 2, 2017.

2. Defendant's initial deadline to respond to the Complaint was February 23, 2017

3. Plaintiff and Defendant agreed to extend the time for Defendant to respond to the Complaint up to and including March 27, 2017, so that Defendant could have additional time to investigate this matter and the parties may explore the possibility of settlement.

4. On or about March 15, 2017, Plaintiff informed Defendant that he intended to file a First Amended Complaint in the Action no later than April 7, 2017. Accordingly, Plaintiff and

Defendant agreed that Defendant's deadline to respond to the complaint should be further extended to, April 28, 2017, which was 21 days from the anticipated date of Plaintiff filing an amended complaint.

5. Plaintiff did not file an amended Complaint by April 7, 2017, but anticipates filing an amended complaint by April 28, 2017, rendering it appropriate for Defendant to wait until the filing of the amended complaint prior to preparing a response.

6. Plaintiff and Defendant stipulate that Defendant's deadline to respond to the anticipated First Amended Complaint or, in the event no amended complaint is filed, the initial complaint, shall be up to and including May 26, 2017.

7. This change in deadline will not alter the date of any event or any deadline already fixed by Court order, local rules, or the Federal Rules of Civil Procedure.

THEREFORE, the parties stipulate as follows:

**STIPULATION**

1. The deadline for Defendant to respond to the anticipated First Amended Complaint or, in the event no amended complaint is filed, the initial complaint, shall be up to and including May 26, 2017.

2. This change in deadline will not alter the date of any event or any deadline already fixed by Court order, local rules, or the Federal Rules of Civil Procedure.

**IT IS SO STIPULATED.**

DATED: April 26, 2017      SAGARIA LAW, P.C.


By:   */s/ Elliot W. Gale*
      Elliot W. Gale

Attorneys for Plaintiff EARLENE OTERO

08999.0205/10696894.1     2     3:17-CV-00508-EMC
STIPULATION TO EXTEND TIME FOR DEFENDANT WELLS FARGO BANK, N.A. TO RESPOND TO FIRST AMENDED COMPLAINT AND [PROPOSED] ORDER

DATED: April 26, 2017         SEVERSON & WERSON
                              A Professional Corporation


                              By:    */s/ Alisa A. Givental*
                                     Alisa A. Givental

                              Attorneys for Defendants WELLS FARGO BANK,
                              N.A.

Pursuant to Local Rule 5-1(i)(3), I -- Alisa A. Givental – attest that concurrence in the filing of this document has been obtained from Elliot W. Gale. */s/ Alisa A. Givental*

### [PROPOSED] ORDER

Pursuant to the stipulation of the parties and good cause appearing, Wells Fargo Bank, N.A.'s deadline to respond to the anticipated First Amended Complaint or, in the event no amended complaint is filed, the initial complaint, shall be up to and including May 26, 2017. No other deadlines shall be affected by this Order.

IT IS SO ORDERED.

DATE: 5/1/17                  _____
                              HONORABLE EDWARD M. CHEN
                              UNITED STATES

*IT IS SO ORDERED*
*Judge Edward M. Chen*