1  MARY KATE SULLIVAN (State Bar No. 180203)
   mks@severson.com
2  ALISA A. GIVENTAL (State Bar No. 273551)
   aag@severson.com
3  SEVERSON & WERSON
   A Professional Corporation
4  One Embarcadero Center, Suite 2600
   San Francisco, California 94111
5  Telephone: (415) 398-3344
   Facsimile: (415) 956-0439
6
7  Attorneys for Defendants
   WELLS FARGO BANK, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA — SAN FRANCISCO

| | |
|---|---|
| EARLENE OTERO,<br><br>   Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; WELLS FARGO BANK, NATIONAL ASSOCIATION AND DOES 1 THROUGH 100 INCLUSIVE,<br><br>   Defendant. | Case No. 3:17-CV-00508-EMC<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT WELLS FARGO BANK, N.A. TO RESPOND TO FIRST AMENDED COMPLAINT AND [PR~~OPOSED~~] ORDER** |

Plaintiff EARLENE OTERO ("Plaintiff") and defendant WELLS FARGO BANK, N.A. ("Defendant"), hereby stipulate as follows:

**RECITALS**

1. Plaintiff filed this action against Defendant on January 31, 2017 and served Defendant on February 2, 2017.

2. Defendant's initial deadline to respond to the Complaint was February 23, 2017

3. Plaintiff and Defendant agreed to extend the time for Defendant to respond to the Complaint up to and including March 27, 2017, so that Defendant could have additional time to investigate this matter and the parties may explore the possibility of settlement.

4. On or about March 15, 2017, Plaintiff informed Defendant that he intended to file a First Amended Complaint in the Action no later than April 7, 2017. Accordingly, Plaintiff and

1 Defendant agreed that Defendant's deadline to respond to the complaint should be further
2 extended to, April 28, 2017, which was 21 days from the anticipated date of Plaintiff filing an
3 amended complaint.

4     5. Plaintiff did not file an amended Complaint by April 7, 2017, but indicated her
5 intention to do so in the near future. Accordingly, the parties agreed to extend Defendant's
6 response deadline to May 26, 2017.

7     6. Plaintiff and Defendant stipulate that Defendant's deadline to respond to the
8 anticipated First Amended Complaint or, in the event no amended complaint is filed, the initial
9 complaint, shall be up to and including May 26, 2017.

10     7. Plaintiff filed the First Amended Complaint on April 28, 2017. Based on the
11 allegations in the First Amended Complaint and informal discovery, Plaintiff and Defendant are
12 exploring settlement and stipulate that Defendant's deadline to respond to the First Amended
13 Complaint shall be extended by another 31 days, up to and including June 26, 2017.

14     8. This change in deadline will not alter the date of any event or any deadline already
15 fixed by Court order, local rules, or the Federal Rules of Civil Procedure.

16 THEREFORE, the parties stipulate as follows:

17 **STIPULATION**

18     1. The deadline for Defendant to respond to the anticipated First Amended Complaint
19 or, in the event no amended complaint is filed, the initial complaint, shall be up to and including
20 June 26, 2017.

21     2. This change in deadline will not alter the date of any event or any deadline already
22 fixed by Court order, local rules, or the Federal Rules of Civil Procedure.

23 **IT IS SO STIPULATED.**

24 DATED: May 25, 2017                SAGARIA LAW, P.C.

By: */s/ Elliot W. Gale*
     Elliot W. Gale

Attorneys for Plaintiff EARLENE OTERO

| | | |
|---|---|---|
| DATED: May 25, 2017 | | SEVERSON & WERSON<br>A Professional Corporation |
| | By: | */s/ Alisa A. Givental*<br>Alisa A. Givental |
| | | Attorneys for Defendants WELLS FARGO BANK, N.A. |

Pursuant to Local Rule 5-1(i)(3), I -- Alisa A. Givental – attest that concurrence in the filing of this document has been obtained from Elliot W. Gale. */s/ Alisa A. Givental*

## [PROPOSED] ORDER

Pursuant to the stipulation of the parties and good cause appearing, Wells Fargo Bank, N.A.'s deadline to respond to the anticipated First Amended Complaint or, in the event no amended complaint is filed, the initial complaint, shall be up to and including June 26, 2017. No other deadlines shall be affected by this Order.

IT IS SO ORDERED.

DATE: 5/26/17

IT IS SO ORDERED
Judge Edward M. Chen