Scott J. Sagaria (SBN 217981)
SJSagaria@sagarialaw.com
Elliot W. Gale (SBN 263326)
EGale@sagarialaw.com
Joe Angelo (SBN 268542)
JAngelo@sagarialaw.com
SAGARIA LAW, P.C.
3017 Douglas Blvd., Ste 200
Roseville, CA 95661
Telephone: (408) 279-2288
Facsimile: (408) 297-2299

Attorneys for Plaintiff Earlene Otero

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARLENE OTERO,<br><br>Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., ET AL.,<br><br>Defendants. | Case No.: 3:17-cv-00508-EMC<br><br>**STIPULATION FOR DISMISSAL OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.; [PROPOSED] ORDER** |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

IT IS HEREBY STIPULATED by and between plaintiff Earlene Otero and defendant Experian Information Solutions, Inc. that Experian Information Solutions, Inc. be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

//
//
//
//
//
STIPULATION FOR DISMISSAL OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.;
[PROPOSED] ORDER -1-

| | | |
|---|---|---|
| DATED: December 6, 2017 | | **Sagaria Law, P.C.** |
| | By: | */s/ Elliot Gale* |
| | | Elliot Gale |
| | | Attorney for Plaintiff Earlene Otero |

| | | |
|---|---|---|
| DATED: December 6, 2017 | | **Jones Day** |
| | By: | */s/ Benjamin Chung Lee* |
| | | Benjamin Chung Lee |
| | | Attorney for Defendant Experian Information Solutions, Inc. |

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Benjamin Chung Lee has concurred in this filing.

*/s/ Elliot Gale*

### [PR~~OP~~OSED] ORDER

Pursuant to the stipulation of the Parties, Experian Information Solutions, Inc. is dismissed with prejudice.

IT IS SO ORDERED.

DATED: 12/11/17

IT IS SO ORDERED
Judge Edward M. Chen

_____
DISTRICT JUDGE